**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01560-CV

### IN THE INTEREST OF L.T. AND E.T., CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-52955-2011**

## ORDER

We **GRANT** appellant's April 16, 2013 amended motion for an extension of time to file

a brief.  Appellant shall file her brief on or before May 2, 2013.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE